UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CRAIG HAMET, an individual,

    Plaintiff,

v.                             Case No:   2:13-cv-819-FtM-38DNF

RIVER HILLS GOLF, LLC,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on Notice of Voluntary Dismissal With Prejudice (Doc. #7) filed on January 30, 2014.  Pursuant to Federal Rule 41(a), Plaintiff voluntarily dismisses this action, with prejudice.

Fed. R. Civ. P. 41(a)(1)(A) provides that an action may be dismissed by the plaintiff without order of the court by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.  Here, no Defendant has served an answer nor filed a motion for summary judgment in this matter.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(1) This matter is **DISMISSED with prejudice** pursuant to Notice of Voluntary Dismissal With Prejudice ([Doc. #7](Doc. #7)) with each party to bear their own attorney's fees.

(2) The Clerk is directed to enter judgment accordingly, terminate all previously scheduled deadlines and pending motions, and **CLOSE the file**.

**DONE** and **ORDERED** in Fort Myers, Florida this 31st day of January, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record